CERTIFICATION OF SERVICE

I, James F. Brose, hereby certify that I caused to be filed the Sentencing Memorandum with the Clerk of Courts. I further certify that a copy of the foregoing was delivered via first class mail to counsel of record as follows:

Jennifer Welsh, Esq.
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

Whitney Cloud, Esq.
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

Date: October 8, 2021                 /s/ James F. Brose
                                      James F. Brose, Esq.
                                      617 Railroad Ave.
                                      Haverford, PA 19041
                                      610-891-1989
                                      Attorney for Defendant